UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**QUIK FOOD, INC.,**

   Plaintiff,

v.	No. 4:23-cv-0680-P

**ATLANTIC CASUALTY INSURANCE COMPANY,**

   Defendant.

## FINAL JUDGMENT

This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Parties' Joint Motion to Dismiss (ECF No. 25), the Court **ORDERS** that this case is **DISMISSED with prejudice.** Each party shall bear its own attorneys' fees and litigation costs.

The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **2nd day of January 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE